926 A.2d 851

IN THE MATTER OF THE ADOPTION OF UNIFORM HOUSING AFFORDABILITY CONTROLS BY THE NEW JERSEY HOUS-ING AND MORTGAGE FINANCE AGENCY(FAIR SHARE HOUSING CENTER—PETITIONER).

June 15, 2007.

Denied.